DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICE GEORGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2032

[April 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 062024CF001848A88810.

Antony P. Ryan, Regional Counsel, and Richard Gordon Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sabina Fernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Saintiler v. State,* 109 So. 3d 303 (Fla. 4th DCA 2013).

GROSS, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***